IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| LOCKHEED MARTIN INVESTMENT MANAGEMENT COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>THE NORTHERN TRUST COMPANY, et al. )<br><br>Defendants. ) | Civil Action No. PJM-09-cv-1649 |

**STIPULATION WITHDRAWING DEFENDANTS' MOTION TO DISMISS COUNTS IV AND V OF THE COMPLAINT WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendants' Motion to Dismiss Counts IV and V of the Complaint shall be withdrawn without prejudice and with leave to refile the motion within 30 days if the parties have not resolved the motion within that time.

| /s/ | /s/ |
|---|---|
| David J. Hensler (Bar # 04810) | Bruce R. Braun (*pro hac vice*) |
| Lisa R. Bonanno (Bar # 04809) | Winston & Stawn LLP |
| Michele W. Sartori (Bar # 26829) | 35 West Wacker Drive |
| HOGAN & HARTSON LLP | Chicago, IL 60601-9703 |
| 555 13th Street, N.W. | Telephone: 312.558.5600 |
| Washington, D.C. 20004 | Fax: 312.558.5700 |
| Telephone: 202.637.5600 | Email: bbraun@winston.com |
| Fax: 202.637.5910 | |
| Email: mwsartori@hhlaw.com | Charles Bennett Klein (Bar # 14504) |
| | Winston & Stawn LLP |
| | 1700 K St., N.W. |
| | Washington, D.C. 20006 |
| *Counsel for Plaintiff,* | *Counsel for Defendants,* |
| *Lockheed Martin Investment* | *The Northern Trust Company and* |
| *Management Company* | *Northern Trust Investments, N.A.* |