## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

LOCKHEED MARTIN INVESTMENT
MANAGEMENT COMPANY,

              Plaintiff,

        vs.                             No. 8:09-cv-01649-PJM

THE NORTHERN TRUST COMPANY AND
NORTHERN TRUST INVESTMENTS, N.A.,

              Defendants.

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Lockheed Martin Investment Management Company ("LMIMCo") and

Defendants Northern Trust Company and Northern Trust Investments, N.A. (collectively,

"Northern Trust") jointly move for a 120-day stay of proceedings pending completion of

settlement procedures.  The reasons for this motion are more fully set forth in the accompanying

Memorandum of Points and Authorities in Support of the Joint Motion to Stay Proceedings.

                             Respectfully submitted,


                     HOGAN LOVELLS US LLP


By:                /s/
              David J. Hensler (D. Md. Bar ID # 04810)
              Lisa Bonanno (D. Md. Bar ID # 04809)
              Michele W. Sartori (D. Md. Bar ID # 26829)
              555 Thirteenth St., N.W.
              Washington, D.C. 20004
              Tel.: (202) 637-5600
              Fax: (202) 637-5910

            ATTORNEYS FOR PLAINTIFF LOCKHEED MARTIN
            INVESTMENT MANAGEMENT COMPANY

WINSTON & STRAWN, LLP

By: _____/s/_____
Bruce R. Braun (pro hac vice #93471)
35 West Wacker Drive
Chicago, IL  60601
Tel.: (312) 558-5600
Fax.: (312) 558-5700

Charles B. Klein, (D. Md. Bar ID # 14504)
1700 K Street, N.W.
Washington, D.C.  20006
Tel.: (202) 282-5000
Fax.: (202) 282-5100

ATTORNEYS FOR DEFENDANTS THE NORTHERN
TRUST COMPANY AND NORTHERN TRUST
INVESTMENTS, N.A.

Date: May 27, 2010

\\\DC - 063553/000129 - 3084066 v2